IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-50434
Summary Calendar
_____


JUAN MARCOS DOMINGUEZ-LOPEZ,

Plaintiff-Appellant,

versus

UNITED STATES OF AMERICA,

Defendant-Appellee.

Appeal from the United States District Court for
the Western District of Texas
(USDC No. SA-00-CV-488-FB)
_____
January 2, 2001

Before REAVLEY, JOLLY and JONES, Circuit Judges.

PER CURIAM:[*]

Juan Marcos Dominguez-Lopez asks us to review the district court's order

denying his motion for a temporary restraining order. Because he was convicted of

a crime related to a controlled substance and accordingly deported, we have no

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

jurisdiction to do so under 8 U.S.C. § 1252(a)(2)(C).  <u>See</u> <u>Moosa v. INS</u>, 171 F.3d

994, 1010 (5th Cir. 1999).

AFFIRMED.